United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-14456-ref
Juan Lopez Rosa                                                         Chapter 13
Wanda I. Cabrera Lopez
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Aug 15, 2017
                              Form ID: 138NEW         Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
```
db/jdb         +Juan Lopez Rosa,    Wanda I. Cabrera Lopez,    534 W. Berwick Street,    Easton, PA 18042-6407
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
12749553       +Afni, Inc. (original Creditor:verizon In,    Po Box 3427,    Bloomington, IL 61702-3427
12749555       +Apex Asset Management (original Creditor,    1891 Santa Barbara Dr St,
                 Lancaster, PA 17601-4106
12749557       +Bureau Of Collection R (original Credito,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
12796669        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
12749558       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
12749559       +Chase,   Bank One Card Serv 2500 Westfield Dri,    Elgin, IL 60124-7700
12774283       +City Of Easton Utilites Services,    1 South Third Street,    Easton, PA 18042-4543
12749560       +Cp Aguada,    Box 543,    Aguada, PR 00602-0543
12749561       +Dsrm Nt Bk,    Pob 631 112 W 8th,    Amarillo, TX 79105-0631
12749563       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12749564       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12749571       +National Credit Soluti (original Credito,    Po Box 15779,    Oklahoma City, OK 73155-5779
13938472       +PNC Bank, Nat. Assoc.,    c/o Matteo S. Weiner, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13478465       +PNC Bank, National Association,    c/o Vitti & Vitti & Associates, P.C.,    215 Fourth Avenue,
                 Pittsburgh, PA 15222-1707
12823949       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg OH 45342-5433
12749575       +Pinnacle Credit Servic (original Credito,    7900 Highway 7 # 100,
                 Saint Louis Park, MN 55426-4045
12749576       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
12749578       +Rjm Acq Llc (original Creditor:01 Target,    575 Underhill Blvd Suite 224,
                 Syosset, NY 11791-3416
12749579       +Rjm Acq Llc (original Creditor:bank Of A,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
12909194       #+The Law Offices of David W. Tidd,    516 Main Street,    Hellertown, PA 18055-1724
12871901        VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
12749580        Vzw Ne,   National Recovery P.o. Box 26055,    Minneapolis, MN  55426
12749581       +Williams/alexander & A (original Credito,    1479 Route 23 South,    Wayne, NJ 07470-7507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Aug 16 2017 01:42:06     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2017 01:41:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2017 01:42:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2017 01:42:55
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
12749556        E-mail/Text: bnc-applied@quantum3group.com Aug 16 2017 01:42:07      Applied Bank,
                 601 Delaware Ave,    Wilmington, DE  19801
12749554       +E-mail/Text: seinhorn@ars-llc.biz Aug 16 2017 01:42:30
                 Am Cred& Col (original Creditor:07 Penn,    Pob 264,    Taylor, PA 18517-0264
12806420        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2017 01:42:54
                 American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                 Oklahoma City, OK  73126-9093
12749562       +E-mail/Text: bknotice@erccollections.com Aug 16 2017 01:42:03
                 Enhanced Recovery Co L (original Credito,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
12749565        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 16 2017 01:42:06
                 Jeffcapsys (original Creditor:12 Wachovi,    16 Mcleland Rd,    Saint Cloud, MN  56303
12784086        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 16 2017 01:42:06     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12749566       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2017 01:34:24
                 Lvnv Funding Llc (original Creditor:wash,    Po Box 740281,    Houston, TX 77274-0281
12749567       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2017 01:42:01
                 Midland Funding (original Creditor:aspir,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
12749568       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2017 01:42:01
                 Midland Funding (original Creditor:chase,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
12749569       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2017 01:42:01
                 Midland Funding (original Creditor:citib,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
12749570       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2017 01:42:01
                 Midland Funding (original Creditor:veriz,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13028951        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2017 01:42:55     Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
```

```
District/off: 0313-4              User: Lisa                Page 2 of 2                  Date Rcvd: Aug 15, 2017
                                  Form ID: 138NEW           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12749572        +E-mail/Text: bankruptcydepartment@tsico.com Aug 16 2017 01:42:29
                 Nco Fin 15 (original Creditor:rcn),    507 Prudential Rd,   Horsham, PA 19044-2308
12749573        +E-mail/Text: bankruptcydepartment@tsico.com Aug 16 2017 01:42:29
                 Nco Fin/09 (original Creditor:directv),    507 Prudential Rd,   Horsham, PA 19044-2308
12749574        +E-mail/Text: bankruptcydepartment@tsico.com Aug 16 2017 01:42:29
                 Nco Fin/99 (original Creditor:at T),    Po Box 15636,   Wilmington, DE 19850-5636
12770570         E-mail/PDF: rmscedi@recoverycorp.com Aug 16 2017 01:34:33      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12765321         E-mail/Text: bnc-quantum@quantum3group.com Aug 16 2017 01:41:45
                 Quantum3 Group LLC as agent for,    Capio Partners LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
12851486         E-mail/Text: bnc-quantum@quantum3group.com Aug 16 2017 01:41:45
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
12770515         E-mail/PDF: rmscedi@recoverycorp.com Aug 16 2017 01:34:24
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12749577        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 16 2017 01:34:44      Regional Acceptance Co,
                 621 W Newport Pike,   Wilmington, DE 19804-3235
12796509         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 16 2017 01:34:44      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Mortgage a division of PNC Bank NA
cr*             Portfolio Investments II LLC,    c/o Recovery Management Systems Corporat,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12823998*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
12823999*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
```
              DAVID W. TIDD    on behalf of Debtor Juan  Lopez Rosa bankruptcy@davidtiddlaw.com
              DAVID W. TIDD    on behalf of Joint Debtor Wanda I. Cabrera Lopez bankruptcy@davidtiddlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Juan Lopez Rosa and Wanda I. Cabrera Lopez

    Debtor(s)

Bankruptcy No: 12–14456–ref

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/15/17

55 – 54
Form 138_new