## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Juan Lopez Rosa
      aka Juan Lopez
         & 
   Wanda I. Cabrera Lopez
     aka Wanda I. Lopez,
  aka Wanda Ivelisse Cabrera Lopez

              Debtor(s)

CHAPTER 13

BKY. NO. 12-14456 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC Mortgage, A Division of PNC Bank, National Association as servicer for PNC Bank, National Association and index same on the master mailing list.

           Respectfully submitted,

           **/s/ Rebecca A. Solarz, Esquire**
           Rebecca A. Solarz, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322 FAX (215) 627-7734